UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHAINWORKS, INC.,

    Plaintiff/Counter-Defendant,

v.

WEBCO INDUSTRIES, INC.,

    Defendant/Counter-Claimant.

_____/

File No. 1:05-CV-135

HON. ROBERT HOLMES BELL

## ORDER DENYING MOTION TO COMPEL ARBITRATION

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that

1. The April 6, 2005, Report and Recommendation of the Magistrate Judge (Docket # 15) is **APPROVED** and **ADOPTED**, to the extent it relies upon UCC § 2-207(1) & (2). To the extent that it relies on UCC § 2-207(3), it is **REJECTED**.

2. Defendant's motion to compel arbitration (Docket # 7) is **DENIED**.

Date:    June 10, 2005        /s/ Robert Holmes Bell
                                               ROBERT HOLMES BELL
                                               CHIEF UNITED STATES DISTRICT JUDGE